IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00997-BNB

JACOB IND,

    Plaintiff,

v.

WILLIAM RUSHER,
DARYL PROFFITT,
MATTHEW WINDEN, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge William J. Martinez and to Magistrate Judge Kristen L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to Judge William J. Martinez pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED April 27, 2012, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge