IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-0997-WJM-KLM

JACOB IND

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS

    Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss filed June 25, 2013 (ECF No. 56). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

Plaintiff's Unopposed Motion to Dismiss is GRANTED. The above-captioned matter is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 26$^h$ day of June, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge